| | |
|---|---|
| 1 | Christina Haring (WSBA # 30121) |
|   | STOEL RIVES LLP |
| 2 | 600 University Street, Suite 3600 |
|   | Seattle, WA  98101-3197 |
| 3 | Telephone:  (206) 624-0900 |
|   | Facsimile:  (206) 386-7500 |
| 4 | |
| 5 | Marc T. Rasich (USBA #9279) |
|   | STOEL RIVES LLP |
| 6 | 201 South Main Street, Suite 1100 |
|   | Salt Lake City, UT  84111-4904 |
| 7 | Telephone:  (801) 328-3131 |
|   | Facsimile:  (801) 578-6999 |
| 8 | |
|   | Attorneys for Plaintiff Xango, LLC |
| 9 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| 12 | XANGO, LLC, a Utah limited liability company, | |
| 13 | | No. CV:05-5571RJB |
|    | Plaintiff, | |
| 14 | | |
|    | v. | |
| 15 | | **ORDER GRANTING TRANSFER OF OWNERSHIP AND REGISTRATION OF THE XANGO.COM DOMAIN NAME TO XANGO, LLC PURSUANT TO DOMAIN TRANSFER AGREEMENT** |
| 16 | XANGO.COM, a domain name registered by DOTSTER, a registrar, | |
| 17 | Defendant. | |
| 18 | | |

This matter comes before the Court on Xango, LLC's ("Xango") Motion To Transfer Xango.Com Domain Name Pursuant To Domain Transfer Agreement (the "Motion").  The Court has considered Xango's Motion, the Declaration of Christina L. Haring and the exhibits attached thereto, any other pleadings filed in support or in opposition thereof, and the record and file herein.  The Court, being fully advised, hereby finds that this Court has jurisdiction *in rem* over this matter pursuant to 15 U.S.C.§ 1125 and *in personam* pursuant to the consent of Viawest

ORDER GRANTING TRANSFER OF OWNERSHIP AND REGISTRATION
OF THE XANGO.COM DOMAIN NAME TO XANGO, LLC - 1

1   Internet Service ("Viawest") set forth in the provisions of the Domain Transfer Agreement

2   attached as Exhibit A to the Declaration of Christina L. Haring filed herewith.

3         Therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

4   ownership of the <xango.com> domain name shall be transferred from Viawest to Xango and

5   that the registration of the <xango.com> domain name shall be transferred from Dotster to

6   Xango's designated registrar, Godaddy.com; and

7         IT IS FURTHER ORDERED that Dotster and/or Viawest shall take all diligent steps

8   necessary to transfer the registration of the domain name <xango.com> from the registrar

9   designated by Viawest, which is currently Dotster, to the registrar designated by Xango,

10   Godaddy.com.

11         DATED this 9th day of September, 2005.

12

13

14                                                 */s/ Robert J. Bryan*

15                                       ROBERT J. BRYAN
                                    United States District Court Judge

16   Presented by:

17   STOEL RIVES LLP

18

19   /s/ Christina L. Haring
    Christina L. Haring, WSBA # 30121
20       Marc T. Rasich, USBA #9279
21   *Application for Pro Hac Vice Application Pending*
    Attorneys for Plaintiff Xango, LLC

22

23

24

25

26

ORDER GRANTING TRANSFER OF OWNERSHIP AND REGISTRATION
OF THE XANGO.COM DOMAIN NAME TO XANGO, LLC - 2

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

Seattle-3274032.1 0062727-00002